# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                                  NO. 2022 KW 0474

VERSUS

KENDALL SHAMMAR CAGLER                                   **AUGUST 12, 2022**

---

In Re:     Kendall Shammer Cagler, applying for supervisory
           writs, 22nd Judicial District Court, Parish of St.
           Tammany, No. 577,420.

---

**BEFORE:     WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

   **WRIT DENIED AS MOOT.** The records of the St. Tammany Parish
Clerk of Court's Office reflect that the district court acted on
relator's motion to quash on December 8, 2021.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT